### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **REED COLLAR and BONNIE COLLAR, PARENTS OF GILBERT COLLAR, a DECEASED MINOR,** | ) ) ) ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) ) | **CIVIL ACTION NO.  CV-14-349** |
| **TREVIS AUSTIN, in his individual And official capacities,** | ) ) ) ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING

Comes now the Defendant, by and through undersigned counsel, and gives notice to the Court that on January 27, 2015, it served upon all counsel of record herein, by U.S. Mail and email, the following:

1. Notice of Deposition of Reed Collar; and

2. Notice of Deposition of Bonnie Collar.

*s/ David A. Strassburg, Jr.*
MICHAEL E. UPCHURCH (UPC004)
DAVID A. STRASSBURG, JR. (STR055)
**Attorneys for Defendant Trevis Austin**

**OF COUNSEL:**
Frazer, Greene, Upchurch & Baker, L.L.C.
Post Office Box 1686
Mobile, Alabama  36652
Phone:  (251) 431-6020
Fax:  (251) 431-6030
E-mail: meu@frazergreene.com
E-mail: das@frazergreene.com


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties listed below by electronic filing and/or by placing a copy of same in the United States mail, properly addressed and first-class postage prepaid this 27th day of January, 2015 to the following:

Jere L. Beasley, Esq.
J. Cole Portis, Esq.
Benjamin L. Locklar, Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160

Charles J. Potts
S. Joshua Briskman
Briskman & Binion, P.C.
P.O. Box 43
Mobile, Alabama 36601


*s/ David A. Strassburg, Jr.*
David A. Strassburg, Jr.

2