IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REED COLLAR, et al., etc., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0349-WS-B |
| | ) |
| TREVIS AUSTIN, etc., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The defendant has filed a motion for leave to file confidential information under seal. (Doc. 52). The defendant asserts the materials are "sensitive and potentially confidential," but he makes no showing that the evidence – witness statements, deposition testimony, autopsy report and diagram of the scene – are appropriately sealed. *See generally Chicago-Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304 (11th Cir. 2001) (discussing the constitutional and common law rights of public access). According, the motion is **denied**, and the motion and attached exhibits are **stricken**.

The defendant desires to file these almost 200 additional pages of exhibits in support of his pending motion for summary judgment, without any briefing on their significance. The Court declines to proceed in this piecemeal fashion. Accordingly, the defendant's pending motion for summary judgment, (Doc. 7), is **denied**, without prejudice to his ability to file a new motion that incorporates his additional evidentiary materials and a new brief that appropriately addresses them. The defendant is **ordered** to file and serve any such motion on or before **June 22, 2015**.

Any ancillary motion to seal documents will fully address the legal requirements for doing so and clearly explain how they are satisfied, separately for

each portion of each document sought to be sealed.  *Suell v. United States*, 32 F. Supp. 3d 1190, 1192 (S.D. Ala. 2014) ("The governing standard must be applied by the plaintiffs to each document, and to each portion of each document, separately.").  The parties are reminded that an agreement to file a document under seal does not substitute for the required legal showing.  *Id*.

     DONE and ORDERED this 1st day of June, 2015.

                                  s/ WILLIAM H. STEELE
                                  CHIEF UNITED STATES DISTRICT JUDGE