IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REED COLLAR, et al., etc., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0349-WS-B |
| | ) |
| TREVIS AUSTIN, etc., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The final pretrial conference and trial, presently set for July 21, 2015 at 10:30 a.m. and August 2015 term, respectively, are **continued** indefinitely. Should the defendant's anticipated motion for summary judgment be denied, the Magistrate Judge will enter an amended Rule 16(b) scheduling order establishing new dates for the final pretrial conference and trial.

    DONE and ORDERED this 3rd day of June, 2015.

    s/ WILLIAM H. STEELE
    CHIEF UNITED STATES DISTRICT JUDGE