IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REED COLLAR and BONNIE COLLAR, PARENTS OF GILBERT COLLAR, a DECEASED MINOR,<br><br>  Plaintiffs,<br><br>v.<br><br>TREVIS AUSTIN, in his individual and official capacities,<br><br>  Defendant. | CASE NO. CV-14-349 |

## NOTICE OF APPEARANCE

COMES NOW W. Austin Mulherin III of Frazer, Greene, Upchurch & Baker, L.L.C., and hereby enters his notice of appearance as additional counsel in the above-styled matter on behalf of Trevis Austin.

Respectfully submitted,

*/s/ W. Austin Mulherin III*
Michael E. Upchurch (UPCHM2707)
W. Austin Mulherin III (MULHW2267)

**OF COUNSEL**:
Frazer Greene Upchurch & Baker, L.L.C.
Post Office Box 1686
Mobile, Alabama 36633
(251) 431-6020 (Telephone)

(251) 431-6030 (Facsimile)
meu@frazergreene.com
wam@frazergreene.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2015 the foregoing has been electronically filed utilizing the Court's CM/ECF System, and/or served via United States Mail, postage prepaid and properly addressed to the following counsel of record.

| | |
|---|---|
| Jere L. Beasley | Charles J. Potts |
| J. Cole Portis | S. Joshua Briskman |
| Benjamin L. Locklar | Briskman & Binion, P.C. |
| Beasley, Allen, Crow, | P.O. Box 43 |
| Methvin, Portis & Miles, P.C. | Mobile, AL 36601 |
| Post Office Box 4160 | |
| Montgomery, AL 36103-4160 | |

                                        */s/ W. Austin Mulherin, III*
                                        COUNSEL