# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| REED COLLAR, et al., etc., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0349-WS-B |
| | ) |
| TREVIS AUSTIN, etc., | ) |
| | ) |
|     Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order of Court dated September 15, 2015, the plaintiffs shall have and recover nothing of the defendant. Judgment is hereby entered in favor of defendant Trevis Austin and against plaintiffs Reed Collar and Bonnie Collar, parents of Gilbert Collar, a deceased minor.

DONE this 15th day of September, 2015.

                                             s/ WILLIAM H. STEELE
                                             CHIEF UNITED STATES DISTRICT JUDGE