IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REED COLLAR and BONNIE COLLAR,   \*
PARENTS OF GILBERT COLLAR, a      \*
DECEASED MINOR,                        \*
                                      \*
   Plaintiffs,                 \*
                                      \*
vs.                               \*    CIVIL ACTION NO.:
                                      \*     CV-14-0349-WS-B
                                      \*
TREVIS AUSTIN, in his Individual and  \*
Official capacities,               \*
                                      \*
   Defendant.                 \*

## NOTICE OF APPEAL

Notice is hereby given that Reed Collar and Bonnie Collar, Parents of Gilbert Collar, a deceased minor, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from the Final Judgment [Doc. 94] and Order [Doc. 93] having been entered in this action on September 15, 2015.

Respectfully submitted,

/s/ Charles J. Potts
CHARLES J. POTTS (POTTC0053)
S. JOSHUA BRISKMAN (BRISS5912)
Attorneys for Plaintiffs/Appellants, Reed and Bonnie Collar, Parents of Gilbert Collar, a deceased minor.

OF COUNSEL:

**BRISKMAN & BINION, PC**
Post Office Box 43(36601)
205 Church Street (36602)
Mobile, Alabama
Tele: 251.433.7600
Fax:  251.433.4485
cpotts@briskman-binion.com
jbriskman@briskman-binion.com

> */s/ Benjamin L. Locklar   (with permission)*
> BENJAMIN L. LOCKLAR (LOCB5022)
> Attorney for Plaintiffs/Appellants Reed
> and Bonnie Collar, Parents of Gilbert Collar,
> a deceased minor.

OF COUNSEL:
**BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES P.C.**
Post Office Box 4160
Montgomery, Alabama  36103-4160
Tele: 334.269.2343
Fax: 334.954.7555
Ben.Locklar@BeasleyAllen.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 7th day of October, 2015, served a copy of the foregoing pleading electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel in this matter listed below.

Michael E. Upchurch, Esquire
W. Austin Mulherin, III, Esquire
Frazer, Greene, Upchurch & Baker, L.L.C.
Post Office Box 1686
Mobile, AL  36633

*/s/ Charles J. Potts*
OF COUNSEL